IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARSHA L. THOMAS, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 10-4943 |
| v. | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security. | : | |

## ORDER

AND NOW, this 12th day of October 2011, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice and the pertinent record, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's request for reversal is GRANTED.

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.